1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  STEWART MANAGO,                          1:11-cv-01269-GBC (PC)

12                  Plaintiff,               ORDER TO RESUBMIT APPLICATION
                                             TO PROCEED IN FORMA PAUPERIS
13        v.                                 OR PAY FILING FEE WITHIN 45 DAYS

14  S.F. GONZALEZ, et al.,

15                  Defendants.
                                        /
16

17        Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42

18  U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee.  He submitted an application to

19  proceed in forma pauperis, but it is incomplete.  (ECF No. 2.)  It does not "authorize the

20  agency having custody of [Plaintiff] to collect from [his] trust account and forward to the

21  Clerk of the United States District Court payments in accordance with 28 U.S.C. §

22  1915(b)(2)" or similar language.   Accordingly, IT IS HEREBY ORDERED that:

23        Within forty-five (45) days of the date of service of this Order, Plaintiff shall submit

24  the attached application to proceed in forma pauperis, completed and signed, or in the

25  alternative, pay the $350.00 filing fee for this action.  **No requests for extension will be**

26  **granted without a showing of good cause**.  Within sixty (60) days of the date of service

27  of this Order, Plaintiff shall submit a certified copy of his/her prison trust statement for the

28  six month period immediately preceding the filing of the complaint.

-1-

1    **Failure to comply with this order will result in dismissal of this action.**

2    IT IS SO ORDERED.

3

     Dated:   August 4, 2011

4                                                        UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28